IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GARRY THOMAS ALLEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. CIV-12-140-R |
| | ) |
| RANDALL G. WORKMAN, Warden, | ) |
| Oklahoma State Penitentiary, | ) |
| | ) |
| Respondent. | ) |

## **O R D E R**

Having been advised that Petitioner has initiated a mandamus action in state court, the above styled case is hereby held in abeyance pending resolution of the state court proceedings.

IT IS SO ORDERED, this 27th day of March, 2012.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE